UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
      SETH C PETRUZELLI ) Case No: 11-00160-ABB
) Chapter 7
)
      Debtor(s) )

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO SELL PROPERTY OF THE ESTATE

TO:       All Interested Parties

FROM:     ARVIND MAHENDRU, Trustee

      ARVIND MAHENDRU, trustee of the above captioned debtor estate, hereby gives notice of a proposed sale of property of the estate and shows:

      1. Property of the estate includes non-exempt personal property described as a Stock for Monkey Business Orlando Inc as listed on Schedule "B" of the debtor(s) petition (the "Property").

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

      Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on ARVIND MAHENDRU, Trustee, 5703 Red Bug Lake Rd. #284, Winter Springs Florida 32708, .

      If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

2. The trustee and the debtor have come to an agreement on the value of the stock. The trustee values the estate's interest in the Property, after consideration of costs that would be incurred if the property were sold at auction and the debtor(s) claimed exemptions of $3,500.00, at $4,500.00.

3. The trustee has received an offer to purchase the property from the debtor(s), SETH C PETRUZELLI for $4,500.00, payable in consecutive monthly payments of $450.00 until paid in full.

4. The trustee is unaware of any liens on the Property. The sale is being made subject to all liens and encumbrances. There may be encumbrances that the trustee is not aware of.

5. The Property is being sold "ALL ITEMS WILL BE SOLD AS ONE LOT as is, where is" "with no warranties of any kind" "express, implied or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed in 4 above. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

6. The trustee will entertain any higher bids for the purchase of the Property described in 1 above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than the close of business on twenty one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction.

I HEREBY CERTIFY that a true copy of the foregoing was furnished either electronically or by First-Class United States Mail, postage prepaid, this 12th day of October, 2011 to all persons on the current mailing matrix attached to the original of this document.

/s/ ARVIND MAHENDRU
ARVIND MAHENDRU, Trustee
5703 Red Bug Lake Rd. #284
Winter Springs Florida 32708
Phone: (407) 504-2462
Facsimile